FILED

1

2          2012 SEP -6  AM 10: 30

3          ᴛᴇᴿᴮ U.S. DISTRICT COURT
           CENTRAL DISTRICT CALIF.
4                  LOS ANGELES

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9
    LOUDEN, LLC,                        )    NO. ED CV 12-1410 UA (DUTYx)
10                                      )
                   Plaintiff,           )
11                                      )
           v.                           )    **ORDER SUMMARILY REMANDING**
12                                      )    **IMPROPERLY-REMOVED ACTION**
    VICTOR MARQUEZ, et al.,             )
13                                      )
                   Defendants.          )
14  _____)

15         The Court will remand this unlawful detainer action to state court summarily because

16  defendant Hector A. Ibarra ("defendant") removed it improperly.

17         On August 22, 2012, defendant, having been sued in what appears to be a routine unlawful

18  detainer action in California state court, lodged a Notice Of Removal of that action to this Court

19  and also presented an application to proceed in forma pauperis. The Court has denied the latter

20  application under separate cover because the action was not properly removed. To prevent the

21  action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to

22  state court.

23         Plaintiff could not have brought this action in federal court in the first place, in that

24  defendant does not competently allege facts supplying either diversity or federal-question

25  jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a);[1] see Exxon Mobil Corp v.

26  _____

27         [1]  28 USC § 1441(a) provides that:

28              Except as otherwise expressly provided by Act of Congress, any civil action

1 Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 2623 (2005). As an initial matter, the
2 state court complaint attached to the Notice of Removal asserts only a single cause of action for
3 unlawful detainer pursuant to California Code of Civil Procedure § 1166a. (See Notice of
4 Removal at Exh. A). Accordingly, the state court complaint discloses no federal statutory or
5 constitutional question. See Wescom Credit Union v. Dudley, 2010 WL 4916578, at *2 (C.D. Cal.
6 2010) ("An unlawful detainer action does not arise under federal law."); Indymac Federal Bank,
7 F.S.B. v. Ocampo, 2010 WL 234828, at *2 (C.D. Cal. 2010) ("No federal claim is alleged in the
8 Complaint[]" where "[t]he Complaint contains a single cause of action for unlawful detainer.").

9      Moreover, the Court finds unpersuasive defendant's contention that federal question
10 jurisdiction exists because defendant filed a demurrer in state court based on plaintiff's alleged
11 noncompliance with the notice requirements of the Protecting Tenants at Foreclosure Act, 12
12 U.S.C. § 5220 ("PTFA"), and therefore "Defendant's issue is properly a matter for resolution in
13 Federal Court and not in State Court." (Notice of Removal at 3-5; see id. at Exh. B). It is well-
14 settled that "a case may *not* be removed to federal court on the basis of a federal defense . . .
15 even if the defense is anticipated in the plaintiff's complaint, and even if both parties concede that
16 the federal defense is the only question truly at issue." Caterpillar Inc. v. Williams, 482 U.S. 386,
17 393, 107 S.Ct. 2425, 2430 (1987) (italics in original). Nor can a counterclaim "serve as the basis
18 for [§ 1331[2]] 'arising under' jurisdiction." Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.,
19 535 U.S. 826, 830-32, 122 S.Ct. 1889, 1893-94 (2002). Thus, to the extent defendant's defenses
20 or counterclaims to the unlawful detainer action are based on alleged violations of federal law,
21 those allegations do not provide a basis for federal-question jurisdiction.[3] See Williams v. Singh,

22 
23     brought in a State court of which the district courts of the United States have
original jurisdiction, may be removed by the defendant or the defendants, to
24     the district court of the United States for the district and division embracing
the place where such action is pending.
25 
26 [2] 28 U.S.C. § 1331 provides that "[t]he district courts shall have original jurisdiction of all civil
actions arising under the Constitution, laws, or treaties of the United States."

27 [3] Even if a defense or counterclaim could give rise to federal question, the PTFA does not
28 create a private right of action or an independent basis for federal subject matter jurisdiction. See,

1    2012 WL 1414333, at *1 (E.D. Cal. 2012) ("there is no subject matter jurisdiction" where

2    defendant's removal petition states that defendant filed a demurrer in state court under the PTFA,

3    because "such a defense cannot provide a sufficient basis to remove the action to federal

4    court[]"); Bank of New York Mellon v. Germanelo, 2012 WL 1536543, at *2 (N.D. Cal. 2012) (no

5    federal question jurisdiction where defendant filed a demurrer in state court based on plaintiff's

6    alleged noncompliance with the PTFA because "Defendant's defenses or counterclaims to the

7    unlawful detainer action . . . do not provide a basis for federal jurisdiction").

8         Finally, even if complete diversity of citizenship exists, the amount in controversy does not

9    exceed the diversity-jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332,[4] 1441(b).[5] On the

10   contrary, the state court complaint recites that the amount in controversy does not exceed

11   $10,000. (See Notice of Removal at Exh. A).  Thus, because the amount in controversy is less

12   than $75,000, diversity jurisdiction is also lacking.  See 28 U.S.C. § 1332(a); St. Paul Mercury

13   Indem. Co. v. Red Cab Co., 303 U.S. 283, 291, 58 S.Ct. 586, 591 (1938) (the status of the case

14   as disclosed by the plaintiff's complaint is controlling for purposes of removal).

15        Accordingly, IT IS ORDERED that:

16        1. This matter shall be REMANDED to the Superior Court of California, San Bernardino

17

18   ───────────────────
     e.g., BDA Investment Properties LLC v. Sosa, 2011 WL 1810634, at *3 (C.D. Cal. 2011); Aurora
19   Loan Servs. LLC v. Torres, 2011 WL 4551458, at *1 (N.D. Cal. 2011); Nativi v. Deutsch Bank Nat'l
     Trust Co., 2010 WL 2179885, at *2-4 (N.D. Cal. 2010).

20
        [4] 28 U.S.C. § 1332(a) provides that diversity jurisdiction exists only in suits between citizens
21   of different states and "where the matter in controversy exceeds the sum or value of $75,000,
     exclusive of interest and costs."
22

23      [5] 28 U.S.C. § 1441(b) provides that:

24           (1) In determining whether a civil action is removable on the basis of the
             jurisdiction under section 1332(a) of this title, the citizenship of defendants
25           sued under fictitious names shall be disregarded.

26           (2) A civil action otherwise removable solely on the basis of the jurisdiction
27           under section 1332(a) of this title may not be removed if any of the parties
             in interest properly joined and served as defendants is a citizen of the State
28           in which such action is brought.

1 | County, Fontana District, Fontana Courthouse, 17780 Arrow Boulevard, Fontana, CA 92335, for

2 | lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

3 |     2.  The Clerk shall send a certified copy of this Order to the state court.

4 |     3.  The Clerk shall serve copies of this Order on the parties.

5 |

6 | DATED: _____8/30_____, 2012.

7 |

8 |                                                    AUDREY B. COLLINS
                                                        CHIEF UNITED STATES DISTRICT JUDGE

9 |

4

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

*Hector A Ibarra*
*11309 Driftwood Drive*
*Fontana CA 92337-0606*
*909-355-0243*
*909-3555550*

ATTORNEYS FOR:

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

SEP - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Louden, LLC*

Plaintiff(s),

*Victor Marquez, Consuelo Ibarra,*
*Hector A Ibarra, Does.*
*1 to 5*

Defendant(s).

CASE NUMBER:

ED **CV12-1410**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _*Hector A Ibarra*_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case. These representations are made to enable the Court to evaluate possible
disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| *Hector A Ibarra* | *Self* |
| *Consuelo Ibarra* | *Wife* |

LODGED

2012 AUG 22 PM 12: 02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Date _*August 22nd 2012*_

Sign _____

Attorney of record for or party appearing in pro per

CV-30 (04/10)                **NOTICE OF INTERESTED PARTIES**

LODGED

1  HECTOR A. IBARRA
   11309 Driftwood Drive
2  Fontana, CA. 92337
   (951) 205-7188
3

4  Defendant IN PRO PER

5

6

7

8

9

10

11  LOUDEN, LLC

12           Plaintiff,

13  v.

14  VICTOR MARQUEZ; CONSUELO
    IBARRA; HECTOR A. IBARRA,
15  DOES 1 TO 5
16
17           Defendants.

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

SEP - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

ED CV12-1410

CASE NO:

NOTICE OF REMOVAL UNDER
28 U.S.C. § 1441(a)

[UNLAWFUL DETAINER -
THE PROTECTING TENANTS AT
FORECLOSURE ACT OF 2009]

18

19        TO THE CLERK OF THE UNITED STATES DISTRICT FOR THE CENTRAL DISTRICT

20  OF CALIFORNIA:

21        PLEASE TAKE NOTICE that Defendant, HECTOR A. IBARRA, hereby remove to this

22  Court the state court action described below.

23

24        1.        On June 12, 2012, Plaintiff Louden, LLC filed a complaint which is still pending in

25  the Superior Court of the State of California, County of San Bernardino, Fontana District entitled

26  Louden, LLC vs. Victor Marquez and Does 1 to 5, Case No. UDFS 1201076.  On July 9, 2012, the

27  plaintiff appeared at the above referenced court on a Motion to Advance Defendant's Demurrer,

28

NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT – UDFS 1201076                    Page 1

however, the plaintiff had not timely served the Defendant and the court ordered the Plaintiff to amend the complaint filed on June 12, 2012, file and re-serve the defendant.  A true and correct copy of the Amended Summons and Complaint is attached hereto as **Exhibit "A".**

2.       Defendant had already filed a Demurrer June 20, 2012 Plaintiff's Unlawful Detainer Complaint, and a Pre-Judgment Claim of right to Possession. Defendant and his family were tenants in a single family residence which allegedly was foreclosed on by Plaintiff.

3.       The Demurrer filed by Defendant on June 20, 2012 was not heard because the Plaintiff had failed to serve Defendant the Motion To Advance Defendant's Demurrer and the hearing was vacated.

4.       Defendant was served with the Amended Complaint. Defendant amended his Demurrer and filed it concurrent with a Motion to Strike Plaintiff's Complaint.  A true and correct copy of Defendant's Amended Complaint and Motion to Strike are attached hereto and made a part herein as **Exhibit "B."** The hearing on the Demurrer and Motion were set for August 17, 2012 at 1:15 p.m. in Department F9.  The Court denied Defendant's Motion To Strike and Demurrer and informed Defendant to Answer the Complaint.

## BASIS FOR REMOVAL

5.       This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C § 1441(a) in that the issue is based on Federal law and not State law and Federal law takes precedence.

6.       The unlawful detainer statutes, including CCP 1161 is purely statutory remedies created by the legislature; hence, it is competent for the legislature to determine the scope of the issues that may be tried in such an action.  In an unlawful detainer action, a defendant is unable to

litigate.  In a summary action, there are statutory time constraints and the focus is on possession

ONLY.  A defendant is unable to properly defend their position, especially if there is a federal law in

which they try to defend on.

7.      The Defendant alleges that he and his family are entitled to possession of the premises

which is the subject of this complaint pursuant to the provisions of Public Law 111-22, signed by

President Barack Obama and effective May 20, 2009, titled The Protecting Tenants at Foreclosure

Act of 2009, Section 702 which states in pertinent part that:

> (a)     In the case of any foreclosure on a federally-related mortgage loan or on any
> dwelling or residential real property after the date of enactment of this title, (May
> 2009), any immediate successor in interest in such property pursuant to the foreclosure
> shall assume such interest subject to—
> (1)     the provision, by such successor in interest of a notice to vacate to any bona
> fide tenant at least 90 days before the effective date of such notice; and
> (2)     **the rights of any bona fide tenant, as of the date of such notice of
> foreclosure—**
> (A)     **under any bona fide lease entered into before the notice of
> foreclosure to occupy the premises until the end of the remaining term of
> the lease, except that a successor in interest may terminate a lease effective
> on the date of sale of the unit to a purchaser who will occupy the unit as a
> primary residence, subject to the receipt by the tenant of the 90 day notice
> under paragraph (1); or**
> (B)     without a lease or with a lease terminable at will under state law,
> subject to the receipt by the tenant of the 90 day notice under subsection (1).

8.      Under the Protecting Tenants at Foreclosure Act, which the Congress of the United

States of America passed in May 2009, tenants like HECTOR IBARRA are eligible to stay after the

property has been foreclosed as long as he has a valid lease and is paying his rent timely.  Attached

hereto as **Exhibit "C"** are true and correct copies of the lease agreement signed by Defendant at the

initial and continuous stay at the residence located at 11309 Driftwood Drive, Fontana, CA. 92337.

9.      California is one of the states that enacted state laws to enforce that foreclosing

entities must have "Just Cause" to evict a tenant in a foreclosing property.  Under the guidelines of

this Federal Act and State laws, owners of foreclosed properties, including banks or other lenders,

must permit ***bona fide*** tenants to remain in their homes for the full length of their lease under the existing lease terms, unless the new owner plans to live in the property as his or her primary residence.

10.    Notwithstanding any general or special law to the contrary, a foreclosing owner shall not evict a tenant except for just cause or unless a binding purchase and sale agreement has been executed for a bona fide third party to purchase the housing accommodation from a foreclosing owner.

11.    The legislative history of the act demonstrates that the Legislature, in promulgating the act was attempting to address the problem that large numbers of residential tenants were being evicted and left homeless by institutional lenders and other entities that purchased foreclosed houses and apartment buildings.  The Legislators appeared to be concerned that empty, foreclosed homes and apartments were scarring neighborhoods and lowering property values, that large numbers of former tenants were now homeless, and that the increase in the homeless population was placing a greater burden on already strained State and local finances.

10.    Louden, LLC is a Nevada Limited Liability Company doing business in California, it is unlikely that it will relocate its business to the single family residence located at 11309 Driftwood Drive, Fontana, CA. 92337.   The Plaintiff, a "foreclosing owner" does not own a home to live in it; it owns a home as an asset to be sold, and perhaps rented until it can be sold.  Here the Defendant is agreeing to continue with the lease agreement, paying the monthly payment as stated in the lease agreement until the termination of the lease in May 2014.

11.    With the above premises considered, the Defendant seeks to have this action heard before the United States District Court, Central District of California, Los Angeles, so the federal question "Protecting Tenants At Foreclosure Act of 2009" will be properly addressed and the

1    Defendant's rights are protected.  Defendant's issue is properly a matter for resolution in Federal

2    Court and not in State Court.

3         WHEREFORE, defendant request that this Court accept this Notice of removal and that the

4    action pending in the Superior Court of the State of California, County of San Bernardino, Fontana

5    District, Case Number UDFS 1201076, be removed to this Court for all proceedings.

6

7    Dated: August ___, 2012                                    8-22-12

8                                         By: _____

9                                              HECTOR A. IBARRA
                                             Defendant IN PRO PER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

**SUMMONS**
**SUM-130**

*(CITACION JUDICIAL)*

UNLAWFUL DETAINER—EVICTION

*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
VICTOR MARQUEZ; CONSUELO IBARRA; HECTOR A. IBARRA;
DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LOUDEN, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>17780 ARROW HIGHWAY<br>FONTANA, CA 92335<br>FONTANA DISTRICT | CASE NUMBER:<br>*(Número del caso):* UDFS 1201076 |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEVEN D. SILVERSTEIN #86466          714-832-3651
ATTORNEY AT LAW
14351 REDHILL AVE., SUITE G
TUSTIN, CA 92780

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [X] did **not** [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:
*(Fecha)* JULY 12, 2012

Clerk, by _____, Deputy
*(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served

    a. [ ] as an individual defendant.

    b. [ ] as the person sued under the fictitious name of *(specify):*

    c. [ ] as an occupant

    d. [ ] on behalf of *(specify):*

        under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)

              [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)

              [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)

              [ ] CCP 415.46 (occupant)            [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

1  STEVEN D. SILVERSTEIN
   ATTORNEY AT LAW
2  14351 Redhill Ave.,Suite G
   Tustin, CA  92780
3  714-832-3651
   BAR NO: 86466
4  Attorney for Plaintiff

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF SAN BERNARDINO, FONTANA DISTRICT

10

11  LOUDEN, LLC                    )    CASE NO. UDFS 1201076
                                   )    FIRST AMENDED
12                                 )    COMPLAINT FOR
                  Plaintiff,       )    UNLAWFUL DETAINER
13  v.                             )    [CCP SEC.1161a]
    VICTOR MARQUEZ;                )
14  CONSUELO IBARRA;               )    POSSESSION
    HECTOR A. IBARRA;              )    UNDER $10,000.00
15  DOES 1 TO 5                    )
                  Defendants,      )
16  _____)

17        Plaintiffs, LOUDEN, LLC:

18        1.   Plaintiffs, LOUDEN, LLC is a limited liability company.

19  (hereinafter "LOUDEN").

20        2.   Defendant, VICTOR MARQUEZ; CONSUELO IBARRA; HECTOR A. IBARRA;

21  (collectively hereinafter "MARQUEZ") is, and at all times relevant

22  herein is, an adult residing within the jurisdiction of the Court.

23        3.   The true names and capacities of the Defendant sued herein as

24  DOES 1 TO 5, are unknown to Plaintiff, who thereafter sues this

25  Defendant by this fictitious name.  Plaintiff will amend this

26  Complaint to include the true names and capacities of this Defendant

27  when the same have been ascertained.  Plaintiff is informed and

28  believes, and thereon alleges, that the fictitiously named Defendant

Complaint                              1

1  claims a right under the named Defendant to possession of the premises
2  against Plaintiff.

3      4.  Defendant, MARQUEZ, herein, is the former owner of the
4  premises.

5      5.  On or about 4-26-12, the residential real property located
6  11309 DRIFTWOOD DR., FONTANA, SAN BERNARDINO COUNTY, CA 92337 and
7  situated in the above-captioned judicial district (hereinafter
8  "PREMISES"), was sold by way of a non-judicial foreclosure sale
9  wherein which title of the PREMISES became vested with LOUDEN.

10     6.  Title to the PREMISES was duly acquired by reason of a
11  trustee's non-judicial foreclosure sale in accordance with the terms
12  of the deed of trust executed by Defendant, MARQUEZ, herein, or a
13  person under whom Defendant claimed possession of the PREMISES.  Said
14  trustee's sale was duly conducted in accordance with the law after
15  notice properly given, and more than three months thereafter, and
16  having given such notice of the terms and place of said sale in
17  accordance with the provisions of Section 2924 of the California Civil
18  Code, said trustee did sell the PREMISES and executed and delivered to
19  LOUDEN a deed thereto which contains the recital of compliance with
20  law as set forth in Civil Code Section 2924.  By reason thereof, title
21  to the PREMISES has been duly perfected by LOUDEN.

22     7.  On or about 4-26-12, Plaintiff caused to be served upon the
23  defendant a Three Day Notice to Quit and deliver possession of the
24  PREMISES (hereinafter "NOTICE") stating that Plaintiff had purchased
25  the PREMISES and that his title had been duly perfected and demanding
26  the Defendant, MARQUEZ, quit the premises within three days after
27  service of the NOTICE.  Said NOTICE was served by posting a copy in a
28  conspicuous place of the PREMISES therein described, there being no

Complaint                              2

1 | person of suitable age or discretion to be found at the PREMISES, and
2 | by depositing said copies in the United States Mail, in an envelope
3 | with postage fully prepaid, addressed to the Defendant, MARQUEZ, at
4 | the place where the PREMISES is located.  A true and correct copy of
5 | the NOTICE is attached hereto as Exhibit 2 and incorporated herein by
6 | reference.

7 |     8.   More than three days have elapsed since the service of said
8 | NOTICE upon the Defendant, MARQUEZ and Defendant has failed and
9 | refused to deliver up possession and continues in possession of the
10 | PREMISES without Plaintiff's permission or consent.

11 |     9.   The reasonable rental value of the PREMISES is $65.63 per
12 | day, and the damages to Plaintiff proximately caused by Defendant, AL-
13 | MARQUEZ'S unlawful detention have accrued at that rate so long as
14 | Defendant remains in possession of the PREMISES.

15 |     10.   Plaintiff will remit all sums in excess of the jurisdiction
16 | of this Court.

17 |     WHEREFORE, Plaintiff, prays judgment as follows:

18 |     1.   For restitution and possession of the PREMISES;

19 |     2.   For $65.63 per day from 5-1-12 until entry of judgment;

20 |     3.   For Costs of suit incurred herein; and

21 |     4.   For such other and further relief as the Court may deem
22 | proper.

23 |

24 | Dated: 7-12-12

25 |                              STEVEN D. SILVERSTEIN
                                 Attorney for Plaintiff
26 |

27 |

28 |



### H O M E S

### THREE DAY NOTICE TO QUIT PREMISES
[Code of Civil Procedure Section 1161a (b)(3)]

TO:    THE FORMER OWNER OR TRUSTOR; and ALL OTHER PERSONS WHO ARE IN
POSSESSION OF AND OCCUPY THE REAL PROPERTY LOCATED AT:
Victor Marquez
11309 Driftwood Dr Porlsons CA 92337

WHO ARE NOT RESIDENTIAL TENANTS OR SUBTENANTS OCCUPYING THE PROPERTY
PURSUANT TO A RENTAL AGREEMENT OR LEASE

NOTICE IS HEREBY GIVEN that your right to occupy the real property at the above address
has been terminated as a result of the purchase of said property by Louden, LLC ("Owner") by Trustee's
Deed pursuant to a power of sale contained in a Trust Deed, which appeared of record against said
property. Owner, or its principal, has duly perfected title to said property.

NOTICE IS FURTHER GIVEN that if you are a former trustor or owner of the above property,
or if you are occupying or in possession of the property without a written or oral rental agreement or
lease, at the expiration of THREE (3) DAYS, after service of this notice upon you, you are required to
quit and surrender possession of the premises described above by delivering the keys to the premises to
Owner's agent, Waypoint Homes, Inc., c/o Joseph Maehler during normal business hours at the following
address: 620 Newport Center Drive, Suite 800, Newport Beach, CA 92660, (949) 629-9771. In the
event that you do not surrender possession of the property to Owner within the three day period, legal
proceedings will be commenced against you to recover possession of said property, court costs, any
available damages and the reasonable value of the property for each day of your continued occupancy
following the expiration of the Notice period.

NOTICE IS FURTHER GIVEN that if you are a bona fide tenant or subtenant in possession of
the above property within the meaning of the Protecting Tenants at Foreclosure Act of 2009, then this
Three Day Notice does not apply to you. If you are a bona fide tenant or subtenant of the property and if
you are not the child, spouse, or parent of the former owner, then you will be subject to the NINETY
DAY NOTICE served concurrently with this notice. If you are a bona fide tenant of the property, and
you are not the child, spouse, or parent of the former owner, please notify Owner immediately and send
proof of your tenancy to the above address and phone number.

NOTICE IS FURTHER GIVEN that if you do not qualify as a "bona fide" tenant because you are
the child, spouse, or parent of the former owner, but are still a tenant or subtenant in possession of the
above property within the meaning of California Code of Civil Procedure Section 1161a(c) or 1161b, then
this Three Day Notice does not apply to you. If you are a tenant or subtenant of the property and if you

Ex. 2



## H O M E S

are sharing occupancy of the property with the former owner, then you will be subject to the THIRTY DAY NOTICE served concurrently with this notice. If you are a tenant or subtenant of the property, and if you are not sharing occupancy of the property with the former owner, then you will be subject to the SIXTY DAY NOTICE served concurrently with this notice.

NOTICE IS FURTHER GIVEN that following the expiration of THREE (3) DAYS after service of this notice, Owner will commence eviction proceedings against the occupants of the property and will serve, with the summons and eviction complaint, a form entitled Prejudgment Claim of Right to Possession. If you are a tenant or subtenant subject to either the THIRTY DAY NOTICE, SIXTY DAY NOTICE, or the NINETY DAY NOTICE that were served concurrently with this notice, then in order to preserve the additional notice period, you will be required to complete the form and submit it to the Superior Court in which the proceedings were commenced.

If you do not complete the Prejudgment Claim of Right to Possession form and submit the form to the appropriate Superior Court within ten days after its service upon you, then neither the Court nor the property's new owner will know that you may be entitled to the additional notice period under either the THIRTY DAY NOTICE, SIXTY DAY NOTICE, or the NINETY DAY NOTICE that were served concurrently with this notice, and your occupancy will instead by governed by this THREE DAY NOTICE.

PENAL CODE SECTION 594 STATES: EVERY PERSON WHO MALICIOUSLY DEFACES WITH PAINT OR ANY OTHER LIQUID, DAMAGES, OR DESTROYS ANY REAL OR PERSONAL PROPERTY NOT HIS OR HER OWN WILL BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH.

Dated: 4/26/12

WAYPOINT HOMES, Inc.

By: _____
Joseph Maehler, Regional Director

620 Newport Center Drive, 8th Floor
Newport Beach, CA 92660
direct: 949.629.9770
fax: 510.373.6333

## DECLARATION OF SERVICE OF NOTICE

Name of Renter(s): Victor Marquez

Name of person served
(if other than renter): _____

Place of service: 11309 Driftwood Dr Fontana CA 92337

Date and Time of service: 4/26/12    4:15 pm

i declare that:

I served a copy of the 3 Day Notice to Quit Premises    on the renter(s)
named above.

_____ Delivering it personally to one or more of the renter(s) named above.

(IF UNABLE TO SERVE THE RENTER(S) PERSONALLY AFTER MAKING A DILIGENT
EFFORT TO DO SO, INCLUDING AT LEAST THREE (3) ATTEMPTS AT DIFFERENT
TIMES OR ON DIFFERENT DAYS AT THE PREMISES OR, IF KNOWN, AT THE
RENTER(S) PLACE OF BUSINESS.)

_____ Leaving a copy with the person named above, who is of suitable age and discretion, at the
renter(s) premises/business and by sending a copy in a sealed envelope, by first class mail,
postage prepaid, addressed to the renter(s) at the premises.

___X___ Affixing a copy to the front door of the premises and by sending a copy in a sealed
envelope by first class mail, postage prepaid, addressed to the renter(s) at the premises, in as
much as the renter(s) actual place of residence or business cannot be ascertained and/or a person
of suitable age and discretion cannot be found at the renter(s) premises or business.

___X___ I am personally aware of these facts and I am competent to testify thereto as a witness.  I
declare, under penalty of perjury, that the foregoing is true and correct and that this declaration
was executed on the following date and the following place:

DATE: 5/8/12

PLACE: Fontana _____, California

_____
DECLARANT

WHEN RECORDED MAIL TO:

LOUDEN, LLC.
5440 TRABUCCO RD. SUITE H200
IRVINE CA 92620

TRA #    010091
Trust No. 1288413-10

Recorded in Official Records, County of San Bernardino



**DENNIS DRAEGER**
ASSESSOR — RECORDER — CLERK

P  Counter

5/11/2012
12:38 PM
MP

Doc#:  2012 — 0183849



| | |
|---|---|
| Titles:  1 | Pages:  2 |
| Fees | 18.00 |
| Taxes | 165.00 |
| Other | 12.25 |
| PAID | $195.25 |

MAIL TAX STATEMENT TO:

Same as above

Space Above This Line For Recorder
Documentary Transfer Tax $165.00
X  Grantee was not the foreclosing beneficiary.
consideration $150,000.00
unpaid debt $185,945.94
non exempt amount $
___Computed on the consideration or value of
property conveyed.
___Computed on the consideration of value less
liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 0236-512-22-0-000     Selwa Ishoo

# TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
LOUDEN, LLC., A NEVADA LIMITED LIABILITY COMPANY (herein called Grantee) the real property
in the county of SAN BERNARDINO, State of California described as follows:

LOT 82 OF TRACT NO 12354, IN THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO,
STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 190 OF MAPS, PAGE(S)53 TO 67
INCLUSIVE RECORDS OF SAID COUNTY, EXCEPT THEREFROM ALL OIL, GAS, MINERALS
AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, WITHOUT
THE RIGHT OF SURFACE ENTRY, AS RESERVED IN INSTRUMENTS OF RECORD.
The street address and other common designation, if any, of the real property described above is purported to be:
11309 DRIFTWOOD DR
FONTANA CA 92337

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor
Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
MIGUEL ANGEL IBARRA A SINGLE MAN as Trustor, recorded November 18, 2003, as Document No.
2003-0863620, in Book XX, page XX, of Official Records in the Office of the Recorder of SAN
BERNARDINO County, California; and pursuant to the Notice of Default recorded July 06, 2010, as
Document No.  2010-0269135 in Book XX, page XX of Official Records of said County, Trustee having
complied with all applicable statutory requirements of the State of California and performed all duties required
by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the
publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the
posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC

Page 1 of 2

ex. 2

MAIL TAX STATEMENTS AS DIRECTED ABOVE

TRA #   010091
Trust No. 1288413-10

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **April 26, 2012** to said Grantee, being the highest bidder therefore, for **$150,000.00** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust,

CAL-WESTERN RECONVEYANCE CORPORATION

Dated:  **April 26, 2012**

_____
Susan Smothers, A.V.P.

State of California )
County of San Diego)

On **MAY 0 4 2012** _____ before me, _____ Susan L. Meyers _____,
a Notary Public, personally appeared _____ Susan Smothers, A.V.P _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(Seal)

WITNESS my hand and official seal

Signature _____

SUSAN L. MEYERS
Commission No. 1859295
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires July 27, 2013

Page 2 of 2

TDUSCA.DOC

TRA #    010091
Trust No.  1288413-10

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on April 26, 2012 to said Grantee, being the highest bidder therefore, for $150,000.00 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated:   April 26, 2012

Susan Smothers, A.V.P.

State of California )
County of San Diego)

On MAY 0 4 2012 _____ before me, _____ Susan L. Meyers
a Notary Public, personally appeared _____Susan Smothers, A.V.P._____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal
Signature

(Seal)



SUSAN L. MEYERS
Commission No. 1859295
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires July 27, 2013

TDUSCA.DOC

Page 2 of 2

GX. 2

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER.  READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| | | |

ATTORNEY FOR *(Name)*:

NAME OF COURT:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:

DEFENDANT:

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: |
|---|---|

| Complete this form only if ALL of these statements are true: | *(To be completed by the process server)* |
|---|---|
| 1. You are NOT named in the accompanying Summons and Complaint. | DATE OF SERVICE: |
| 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. | *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |
| 3. You still occupy the premises. | |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [_____], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint. )*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Legal | Code of Civil Procedure, §§ 415.46, |

VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing UNLAWFUL DETAINER SUMMONS AND COMPLAINT

_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am one of the attorneys for PLAINTIFF

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, 2012, at TUSTIN _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

STEVEN D. SILVERSTEIN
_____          _____
Type or Print Name                           Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____          _____
on _____          in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____, California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____, at _____, California.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _____
Type or Print Name                           Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus                    Rev. 7/99

# EXHIBIT "B"

HECTOR IBARRA
11309 Driftwood Drive
Fontana, CA. 92337
(909) 205-7188

DEFENDANT IN PRO PER

FILED – Fontana Division
SAN BERNARDINO COUNTY
SUPERIOR COURT

JUL 2 5 2012

By _Allison K. Leroa_
                    Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO, FONTANA DISTRICT

| | |
|---|---|
| LOUDEN, LLC | CASE NO.: UDFS 1201076 |
| Plaintiff, | **DEFENDANT HECTOR IBARRA'S** |
| | **FIRST AMENDED DEMURRER TO PLAINTIFF** |
| vs. | **LOUDEN, LLC'S FIRST AMENDED** |
| | **COMPLAINT FOR UNLAWFUL DETAINER** |
| VICTOR MARQUEZ; CONSUELO | |
| IBARRA; HECTOR A. IBARRA, | [CCP SEC. 1161a] |
| DOES 1 TO 5 | |
| | Date:  8/17/2012 |
| Defendants. | Time: 1:15 p.m. |
| | Dept.: F9 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, LAW OFFICE OF STEVEN

D. SILVERSTEIN, STEVEN D. SILVERSTEIN, ESQ.:

PLEASE TAKE NOTICE THAT on August 17, 2012, at 1:15 p.m., in Department 9 in the

above –entitled Court at 17780 Arrow Highway, Fontana, CA. 92335, the Defendant HECTOR

IBARRA will and hereby does demurrer to Plaintiffs' First Amended Complaint for Unlawful

Detainer pursuant to Code of Civil Procedure § 430.10 on file on the ground that the pleading fails to

state a cause of action and, that it is so ambiguous and unintelligible as to be "uncertain", with respect

to this answering Tenant Defendant, within the meaning of Code of Civil Procedure §430.10(f).

DEFENDANT HECTOR IBARRA'S FIRST AMENDED DEMURRER TO PLAINTIFF LOUDEN, LLC'S FIRST AMENDED
COMPLAINT FOR UNLAWFUL DETAINER [CCP SEC. 1161a]                                                    Page 1

1       This Demurrer is based upon this Notice, the attached Memorandum of Points and

2  Authorities, on such matters as the Court must or may judicially notice, on the papers and pleadings

3  on file in this action, and on such arguments as may be advanced at the hearing on this matter.

4  Dated: July 24, 2012

5

6                             BY:

7                                  HECTOR IBARRA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT HECTOR IBARRA'S FIRST AMENDED DEMURRER TO PLAINTIFF LOUDEN, LLC'S FIRST AMENDED
COMPLAINT FOR UNLAWFUL DETAINER [CCP SEC. 1161a]                                          Page 2

# I.

## INTRODUCTION – STATEMENT OF FACTS

Plaintiff alleges in their complaint that they are owners of said land by way of a sale to Plaintiffs at a Trustee's Deed Upon Sale, non-judicial foreclosure sale on or about 4-26-12. Further stating that said Trustee's Sale was held in accordance with California Civil Code §2924 et. seq. The named defendant is Victor Marquez, the alleged former owner of the premises. [Complaint, Paragraph 4, Page 2]. Defendant has resided in this property since 5/10/2002, during this time, no Victor Marquez has resided at the residence. Defendant did not sign a lease agreement with a Victor Marquez. Defendant Hector A. Ibarra signed a lease agreement with Miguel Ibarra.

Defendant is not the owner of the real property located at 11309 Driftwood Drive, Fontana, California 92337. Defendant along with his wife, Consuelo Ibarra, 3 children and his mother-in-law are tenants of said property and had no knowledge of the sale of the rental property until he was informed on or about June 13, 2012 that allegedly the property had been foreclosed.

Plaintiffs have addressed the Defendant of the complaint only as VICTOR MARQUEZ and DOES 1 TO 5. Defendant Hector A. Ibarra leased the property from the titled owner, Miguel Ibarra, on May 10, 2002. A copy of the lease agreement is attached as **Exhibit "A"** to the Defendant's Demurrer filed with this court on June 20, 2012. This Defendant request that the Court take Judicial Notice of that filing.

Defendant is in possession of the premises located at 11309 Driftwood Drive, Fontana, CA. 92337 and has a valid lease agreement with the owners. Defendant has paid the rent timely and the lease agreement extends through May 10, 2014.

///

1

## II.

2

## DEMURRER IS PROPER IN THIS CASE.

3

4          Code of Civil Procedure §430.10 provide:

5          The party against whom a complaint or cross-complaint has been filed may object by

6   demurrer … on any of the following grounds:

7          (f)     The pleading is uncertain.  As used in this subdivision, "uncertain" includes

8

9          ambiguous and unintelligible.

10          In the instant case, the Notice says all those in possession.  Defendant is in possession of

11   said property.  As a tenant, Defendant is entitled to stay at the property until the end of the lease

12   agreement.  This Defendant was not aware that the property was in foreclosure.  As such, Plaintiffs'

13   complaint against this tenant is ambiguous and unintelligible as to be uncertain.

14

15                                       ## III.

16   **NOTICE REQUIREMENTS IN UNLAWFUL DETAINERS**
     **ARE STRICTLY CONSTRUED.  THERE IS NO CAUSE**
17   **OF ACTION FOR UNLAWFUL DETAINER WITHOUT**
     **PROPER NOTICE.**
18

19          The rule of liberal construction of pleadings provided by CCP §452 is inapplicable in

20   unlawful detainer actions.  Because unlawful detainer is an action seeking forfeiture and is a

21   summary proceeding in which the Defendant's normal procedural rights are limited, the courts

22   strictly construe the statutory procedures that regulate unlawful detainers and require strict

23   compliance with all statutory notice requirements.  California Civil Code §1442, See also *Kwok v.*

24   *Bergren* (1982) 130 Cal. App.3d 596, 599; *Briggs v. Electronic Memories & Magnetic* (1975) 53 Cal.

25   App.3d 900, 905; *Liebovich v. Shahrokhkany* (1997) 56 Cal.App.4th 511, 513.  Proper service of a

26   valid notice is a prerequisite to an action in unlawful detainer.  CCP §1161.  See also *Kwok* at 599.

27

28

1   There is no cause of action for unlawful detainer if statutory notice procedures are not strictly

2   complied with. *Kwok* at 599.

3       Given this Notice's uncertainties, - no notice – to this tenant, Plaintiffs fail to meet the

4   applicable notice and pleading requirements, and this Demurrer must be sustained.

5

6       Under the law, notice requirements are strictly construed. Here, the Defendant ***never***

7   received notice of the plaintiff's *First Amended Complaint For Unlawful Detainer* until receipt of it

8   in the United States Mail – postmarked July 12, 2012, and received at Defendant's residence on or

9   about July 16, 2012. Also received was a Notice of Ruling of a hearing held on July 9, 2012 at 1:15

10  P.M. in Department F9. Attached hereto as **Exhibit "1"** is a true and correct copy of the Notice of

11  Ruling, and made a part herein.

12

13      Defendant had a set court date for July 20, 2012, in Department F9, and therefore went to the

14  court on that date. Defendant did not receive a change in the court date, and Defendant did not

15  receive a notice of ruling until on or about July 16, 2012. Therefore Defendant had no knowledge of

16  a different court date being set earlier than July 20, 2012.

17

18      The Plaintiff attached to the Notice of Ruling, a Proof of Service By Mail, declaring that it

19  had been mailed from their office on July 10, 2012, from the City of Tustin, California. The

20  envelope addressed to defendant was post-marked July 12, 2012. Attached hereto as **Exhibit "2"** is a

21  true and correct copy of the Envelope and made a part herein.

22      When Defendant went to Department F9 of the above referenced court on July 20, 2012, he

23  was informed that his case was not on calendar and was instructed to see the Court Clerk. Defendant

24  went to the Court Clerk and was informed that they could not give him legal advice, but that the

25  matter was heard on July 9, 2012 at 1:15 P.M. in Department F9. This was the first time that

26  Defendant had heard of this new date. The Court Clerk gave Defendant a print out of the Register of

27

28

1   Actions of the Case Number UDFS1201076 and showed Defendant that the hearing had been already
2   held.  Attached hereto as **Exhibit "3"** is a true and correct copy of the Register of Actions, dated July
3   20, 2012, and made a part herein.
4
5          However, during the hearing, as stated in the Notice of Ruling which was also showed to
6   Defendant, the Court ordered Plaintiff to file an Amended Complaint to correct the insufficient
7   complaint no later than July 16, 2012.  The notice further stated that Defendant's Demurrer was
8   sustained with leave to amend.  Based on the Notice of ruling, Plaintiff was to amend the complaint
9   because that it was insufficient (***"defective")***, and re-serve the Defendant with the first amended
10  complaint.  Defendant was never personally served with the Plaintiff's first amended complaint.
11  Defendant received the First Amended Complaint via United States Mail as referenced in ***Exhibit***
12  ***"1"*** above.
13
14                          **IV. LEGAL ARGUMENT**
15
16         The party against whom a complaint, cross-complaint, or an amended complaint has been
17  filed may object by demurrer on the ground that the pleading fails to state facts sufficient to constitute
18  a cause of action.  Code of Civil Procedure, section 430.10(e).
19         Facts appearing in exhibits attached to a complaint will also be accepted as true and will be
20  given precedence over any contradictory allegations in the pleading.  Banis Restaurant Design, Inc. v.
21  Serrano (2005) 134 Cal. App. 4th 1035.
22         Plaintiff was made aware that the Defendant was a bona fide tenant in Defendant's Demurrer
23  and Pre-Judgment Claim of Right to Possession filed on June 20, 2012, and mailed to Plaintiff on this
24  same date.  When Plaintiff, without notice to defendants filed an Ex parte hearing re: TO ADVANCE
25  DEFENDANT'S DEMURRER, and thereafter obtained an earlier date for Defendant's Demurrer
26  without Defendant's knowledge on July 9, 2012, the Court ordered Plaintiff to file  a First Amended
27
28

DEFENDANT HECTOR IBARRA'S FIRST AMENDED DEMURRER TO PLAINTIFF LOUDEN, LLC'S FIRST AMENDED
COMPLAINT FOR UNLAWFUL DETAINER [CCP SEC. 1161a]                                        Page 6

1   Complaint to correct the insufficient complaint, i.e., complaint did not contain Defendant's names, by

2   July 16, 2012.

3       Plaintiff filed an Amended Summons and Amended Complaint on July 12, 2012. Plaintiff in

4
    its *haste* attached to the complaint as <u>Exhibit 2</u> "THREE DAY NOTICE TO QUIT PREMISES"
5
6   [Code of Civil Procedure Section 1161a (b) (3)]. Plaintiffs were aware at the time of the Amended

7   Complaint that Defendants were bona fide tenants in possession of the property within the meaning

8   of the Protecting Tenants at Foreclosure Act of 2009, and that the three day notice did not apply to

9   the Defendants. Plaintiff are still in violation of the Protecting Tenants at Foreclosure Act of 2009, in

10  that Plaintiff have not respected the terms of the act. Defendants submitted in their Demurrer a lease
11
12  agreement. Defendant request that the Court take Judicial Notice of the Demurrer filed by this

13  Defendant on June 20, 2012. The Defendant has a legal right to remain on the property until the

14  termination of the lease agreement which is May 10, 2014. Defendant will pay to Plaintiff a fair and

15  monthly lease payment until the termination of the lease agreement. The fair monthly rental amount
16
    must be determined by a third party real estate professional to be selected by the Court.
17
18      The named defendants in Plaintiff's First Amended Complaint are not the same named

19  Defendants on the THREE DAY NOTICE TO WUIT PREMISES, the only name the Plaintiff puts

20  on the notice is a "Victor Marquez", which does not reside in the property, nor does this Defendant

21  know of a "Victor Marquez". Therefore, there is no perquisite support for the complaint against this

22  Defendant. The First Amended Complaint mailed to Defendant was not conformed by the Court, nor
23
24  was it signed by the Clerk of the Court. A true and correct copy of the First Amended Summons and

25  Complaint is attached hereto as **Exhibit "4"** and made a part herein.

26      The "DECLARATION OF SERVICE OF NOTICE", <u>Exhibit 2</u>, does not name the Defendant.

27  The Plaintiff had notice that this Defendant was a tenant with a bona fide lease, yet in Plaintiff First

28

1  Amended Complaint, at Exhibit 2, Plaintiff failed to amend the Declaration of Notice to include this

2  Defendant. Defendant was never served personally with the First Amended Complaint. The

3  Declaration is insufficient and fails to state facts against this Defendant constituting a cause of action

4  for Unlawful Detainer.

5

6  The Verification attached to Plaintiff's First Amended Complaint is incomplete and therefore

7  insufficient and incorrect. The verifying party, allegedly Steven D. Silverstein, referenced that he is

8  verifying the "Unlawful Detainer Summons And Complaint", not the FIRST AMENDED

9  COMPLAINT FOR UNLAWFUL DETAINER. Secondly, the month and day that the verification

10  was signed is left out from the verification. Finally on this same Verification there is a Proof of

11  Service, which is left totally blank, no county indicated, no business address indicated, no name of

12  document stated, and no date of service indicated.

13

14  The complaint in its entirety is defective, insufficient and incorrect. The complaint is

15  unintelligible.

16  Defendant received Plaintiff's First Amended Complaint on July 16, 2012. If personally

17  served, the Defendant must answer the first amended complaint within 5 days after personal service.

18  The Defendant was not personally served and received the First Amended Complaint by regular U.S.

19  Mail. Therefore, Defendant must answer the First Amended Complaint within 10 days after mailing.

20  Further, the Proof of Service on the Plaintiff's First Amended Complaint was incomplete, and

21  negligently prepared. The verification does not state the exact date in which the person verifying the

22  First Amended Complaint signed the verification. Secondly, no one signed the Proof of Service, nor

23  was it dated. As such, Defendant is responding based upon the date of receipt by regular U.S. Mail,

24  which was July 16, 2012. Attached hereto as **Exhibit "5"** is a true and correct copy of the Proof of

25  Service and made a part herein.

26

27

28

**V.**

## TITLE VII – PROTECTING TENANTS AT FORECLSURE ACT OF 2009

Even though Plaintiff amended the complaint to attempt to conform to the Protecting Tenants At Foreclosure Act of 2009, Plaintiff is not complying with the Federal Law.

*Federal laws provide much more rights to a tenant with a lease agreement*. The Protecting Tenants at Foreclosure Act of 2009, Section 702, provides that if a tenant is renting under a lease entered into before the notice of foreclosure was communicated to the tenant, the tenant may remain in the property until the lease ends, *unless* the owner sells the property to a purchaser who will *occupy the property as his primary residence*. This law implies that there is a federal question at issue, in that this law supersedes state law and provides a tenant additional protection. The Protecting Tenants at Foreclosure Act of 2009 raises a federal question. However, the mere presence of a federal issue by itself does not confer federal-question jurisdiction, therefore this Court must review the Act in its entirety and determine how it should apply to tenants with a lease agreement after foreclosure of a rental property.

Here, the Plaintiff is LOUDEN, LLC, it is unlikely that they will relocate their business to 11309 Driftwood Drive, Fontana, CA. 92337. Therefore, Defendant has a federal right to remain at the property until the expiration of his lease agreement.

Federal laws prohibit LOUDEN, LLC from taking any action to evict the Defendant, Plaintiff must respect the lease agreement and therefore becomes the landlord to Defendant. Based upon these laws the Demurrer should be granted.

///

1

**CONCLUSION**

2      Defendant HECTOR IBARRA respectfully request that the court sustain the demurrer without

3   leave to amend due to the aforementioned laws as referenced in this demurrer

4   DATED:  July 24, 2012

5                                 Respectfully submitted,

6

                         BY:

7                               HECTOR IBARRA

8                               Defendant Tenant IN PRO PER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "1"**

1 | STEVEN D. SILVERSTEIN
Attorney at Law
2 | 14351 Redhill Ave., Suite G
Tustin, Ca.   92780
3 | 714-832-3651

4

5 | Attorney for Plaintiff

6

7 | SUPERIOR COURT OF CALIFORNIA

8 | COUNTY OF SAN BERNARDINO, FONTANA DISTRICT

9 | LOUDEN                              )   Case No. UDFS 1201076
                                       )
10 |                                    )
                                       )
11 |                                    )   NOTICE OF RULING
                    Plaintiff,         )
12 |                                    )
                                       )
13 | v.                                 )
                                       )
14 | MARQUEZ;   DOES 1 TO 5             )
                                       )
15 | _____Defendants,_____)

16 |        PLEASE TAKE NOTICE that Defendant's Demurrer came regularly for

17 | hearing on JULY 9, 2012 at 1:15 PM in Department F-9 of the above

18 | entitled Court.

19 |        The Judge having heard testimony and considered evidence hereby

20 | rules as follows:

21 |        1.   Defendant's Demurrer is sustained with leave to amend.

22 |        2.   Plaintiff has until JULY 16, 2012 to file First Amended

23 | Complaint to correct the insufficient complaint.

24

25

26 |                                            ┌ ⌐ ┐
                                              └  ⌐ ┘
27 |                                       _____
Dated: JULY 10, 2012                      STEVEN D. SILVERSTEIN
28 |                                        Attorney for Plaintiff

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
                        )    ss.
COUNTY OF ORANGE )

       I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 14351 Redhill Ave., Suite G, Tustin, Ca. 92780.

       On JULY 10, 2012 , I served the foregoing documents described as:

       NOTICE OF RULING

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

VICTOR MARQUEZ
CONSUELO IBARRA
HECTOR A. IBARRA
11309 DRIFTWOOD DR.
FONTANA, CA 92337

( X ) BY MAIL - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said correspondence is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal collection date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[   ]   BY HAND DELIVERY - I delivered a true and correct copy thereof by hand to the office of the addressee.

[   ]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile numbers indicated below.

[ X ]   STATE: I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[   ]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on JULY 10, 2012 at Tustin, California

_____
HOWARD GOTTESMAN

**EXHIBIT "2"**





STEVEN D. SILVERSTEIN
Attorney At Law
14351 Redhill Ave. Suite G
Tustin, CA 92780

# EXHIBIT "3"

```
                    Superior Cou  ) of Calif, County of San  ~~nardino        Page:      1
                                    Register of Actions
   7/20/12
------------------------------------------------------------------------------------
Case Number :    UDFS1201076
Case Name  ..:   LOUDEN VS MARQUEZ       Case Status : Active
Case Type  ..:   UNLAWFUL DETAINER <$10,000 (Resident) Limited
Category  ...:   Unlawful Detainer
Jurisdiction:    FONTANA
====================================================================================
                                                       Filed :    6/12/12
Complaint Type : 1st Amended UD Complaint <$10,         Amended :   7/12/12
```

Complaint Type : 1st Amended UD Complaint <$10,

PLAINTIFF(s):                          DEFENDANT(s):

LOUDEN LLC                             VICTOR   MARQUEZ              Default
ATTORNEY:
STEVEN D SILVERSTEIN
                                       HECTOR A IBARRA           Not Served
                                       ATTORNEY:
                                       Pro/Per
                                       CONSUELO   IBARRA          Not Served
                                       ATTORNEY:
                                       Pro/Per

                                       and DOES   1 through   5

---

|                 |                                                                              | Disposition |
|-----------------|------------------------------------------------------------------------------|-------------|
| Action Date     | Description                                                                  |             |
| 6/12/12         | Unlawful Detainer Complaint <$10,000 Filed.                                  | -           |
|                 | Summons Issued and Filed.                                                    |             |
|                 | Case assigned for all purposes to Department F9                             | -           |
|                 | Civil Case Cover Sheet Filed.                                                | -           |
| 6/19/12         | Proof of Service of Summons and Comp filed on VICTOR MARQUEZ; Party served on 06/12/12$85.00 | - |
|                 | Request to enter Default against VICTOR MARQUEZ filed.                       | -           |
|                 | Default entered on UD Complaint <$10,000 of LOUDEN LLC as to VICTOR MARQUEZ. | -           |
|                 | Filing Fee paid by LOUDEN LLC for FAX FILING                                 | -           |
| 6/20/12         | Pre-Judgment Claim of Right to Possession Filed by HECTOR A IBARRA on 06/20/12 adding party as a Defendant. | |

7/20/12

---

Case Number : UDFS1201076
Case Name .. : LOUDEN VS MARQUEZ         Case Status : Active
Case Type .. : UNLAWFUL DETAINER  <$10,000 (Resident) Limited
Category .. : Unlawful Detainer
Jurisdiction: FONTANA

==================================================================

Request for Waiver of Court Fees & Costs Filed by
HECTOR A IBARRA.
---
Order on Court Fee Waiver GRANTED filed.                  GRANTED
---
Request for Waiver of Court Fees and Costs filed
by HECTOR A IBARRA is GRANTED
---
Filing Fee Waived on HECTOR A IBARRA for FIRST
PAPER in the amount of $240.00.
---
Demurrer Filed by HECTOR A IBARRA; represented by
PRO/PER
---
Pre-Judgment Claim of Right to Possession Filed
by CONSUELO IBARRA on 06/20/12 adding party as a
Defendant.
---
Demurrer Filed by CONSUELO IBARRA; represented by
PRO/PER
---
Request for Waiver of Court Fees & Costs Filed by
CONSUELO IBARRA.
---
Order on Court Fee Waiver GRANTED filed.                  GRANTED
---
Request for Waiver of Court Fees and Costs filed
by CONSUELO IBARRA is GRANTED
---
Filing Fee Waived on CONSUELO IBARRA for FIRST
PAPER in the amount of $240.00.
---
7/06/12   Points & Authorities filed by LOUDEN LLC.
---
Declaration re: STEVEN D SILVERSTEIN filed by
LOUDEN LLC
---
Filing Fee paid by LOUDEN LLC for FAX FILING         GRANTED
---
7/09/12   Ex parte hearing re: TO ADVANCE DEFENDANT'S
DEMURRER     Time : 1:15
Dept.: F9A
LESLIE E MURAD II , COMMISSIONER
Clerk: DIVA DUKE

Superior Court of Calif, County of San Bernardino          Page:     3
                          Register of Actions
7/20/12
---------------------------------------------------------------------
Case Number :    UDFS1201076
Case Name ..:    LOUDEN VS MARQUEZ          Case Status : Active
Case Type ..:    UNLAWFUL DETAINER <$10,000 (Resident) Limited
Category ...:    Unlawful Detainer <$10,000
Jurisdiction:    FONTANA
=====================================================================
              Bailiff: M.Rodes

              APPEARANCES:
              Special appearance by Ratha Kea for Plaintiff.
              Parties Not Present: HECTOR A IBARRA, CONSUELO
              IBARRA

              PROCEEDINGS:
              Predisposition Hearing Held
              Stipulation and Order re: Appointment of Judge
              Pro Tem filed.
              1:46

              Motion
              LOUDEN LLC's Motion to advance Demurrer hearing
              is heard.
              LOUDEN LLC's Motion to advance Demurrer hearing
              is Granted.

              Motion
              Demurrer sustained as to UD Complaint <$10,000 of
              LOUDEN LLC, with 7 days leave to amend.
              Complaint not signed.
              Complaint to be amended by 07/16/12.
              Action - Complete
              === MINUTE ORDER END ===
              -------------------------------------------
7/10/12       Vacate L&M hearing scheduled for 07/20/12 at
              1:15 in Department F9.
              -------------------------------------------
7/12/12       Amended Summons Issued/Filed.
              -------------------------------------------
              Amended Complaint Filed -- Amending 1st Amended
              UD Complaint <$10,000 of LOUDEN LLC
              -------------------------------------------
              NOTICE OF RULING received.
              -------------------------------------------
              Notice OF RULING filed by LOUDEN LLC.
              -------------------------------------------
7/19/12       DEFAULT received.                                 VACATED
              ------------------ Filed by Defendant HECTOR
7/20/12       Motion Re: DEMURRER * Filed by Defendant HECTOR
              A IBARRA       Time :  1:15
              Dept.: F9
              -------------------------------------------

Superior Co. c of Calif, County of San  .narardino        Page:        4
Register of Actions

7/20/12

------------------------------------------------------------------------
Case Number  :        UDFS1201076
Case Name  ..:  LOUDEN VS MARQUEZ              Case Status : Active
Case Type  ..:  UNLAWFUL DETAINER             (Resident) Limited
Category  ...:  Unlawful Detainer <$10,000
Jurisdiction:  FONTANA                                              VACATED
========================================================================
         Motion Re: DEMURRER *  Filed by Defendant
         CONSUELO IBARRA
         Dept.: F9        Time :   1:15
         ------------------------------
8/09/12  Status Conference -- Unlawful Detainer
         Dept.: CCF   Time :   8:00

              **** END OF CASE PRINT ****

EXHIBIT "4"

SUM ONS –FIRST AMENDED
(CITACION JUDICIAL)
UNLAWFUL DETAINER—EVICTION
(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**SUM-130**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
VICTOR MARQUEZ; CONSUELO IBARRA; HECTOR A. IBARRA;
DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LOUDEN, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**CASE NUMBER:**
*(Número del caso):* UDFS 1201076

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
17780 ARROW HIGHWAY
FONTANA, CA 92335
FONTANA DISTRICT

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* 714-832-3651
STEVEN D. SILVERSTEIN #86466
ATTORNEY AT LAW
14351 REDHILL AVE., SUITE G
TUSTIN, CA 92780

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: JULY 12 2012        Clerk, by _____, Deputy
*(Fecha)*                  *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as an occupant
d. [ ] on behalf of *(specify):*
under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)      [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
[ ] CCP 415.46 (occupant)                [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

1  STEVEN D. SILVERSTEIN
   ATTORNEY AT LAW
2  14351 Redhill Ave.,Suite G
   Tustin, CA  92780
3  714-832-3651
   BAR NO: 86466
4  Attorney for Plaintiff

5

6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                 COUNTY OF SAN BERNARDINO, FONTANA DISTRICT
9

10                                     )  CASE NO. UDFS 1201076
11  LOUDEN, LLC                        )  FIRST AMENDED
                                       )  COMPLAINT FOR
12                                     )  UNLAWFUL DETAINER
                  Plaintiff,           )  [CCP SEC.1161a]
13  v.                                 )
    VICTOR MARQUEZ;                    )  POSSESSION
14  CONSUELO IBARRA;                   )  UNDER $10,000.00
    HECTOR A. IBARRA;                  )
15  DOES 1 TO 5                        )
                       Defendants,     )
16  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

17       Plaintiffs, LOUDEN, LLC:

18       1.   Plaintiffs, LOUDEN, LLC is a limited liability company.

19  (hereinafter "LOUDEN").

20       2.   Defendant, VICTOR MARQUEZ; CONSUELO IBARRA; HECTOR A. IBARRA;

21  (collectively hereinafter "MARQUEZ") is, and at all times relevant

22  herein is, an adult residing within the jurisdiction of the Court.

23       3.   The true names and capacities of the Defendant sued herein as

24  DOES 1 TO 5, are unknown to Plaintiff, who thereafter sues this

25  Defendant by this fictitious name.  Plaintiff will amend this

26  Complaint to include the true names and capacities of this Defendant

27  when the same have been ascertained.  Plaintiff is informed and

28  believes, and thereon alleges, that the fictitiously named Defendant

                                  1
    Complaint

1 | claims a right under the named Defendant to possession of the premises

2 | against Plaintiff.

3 | 4. Defendant, MARQUEZ, herein, is the former owner of the

4 | premises.

5 | 5. On or about 4-26-12, the residential real property located

6 | 11309 DRIFTWOOD DR., FONTANA, SAN BERNARDINO COUNTY, CA 92337 and

7 | situated in the above-captioned judicial district (hereinafter

8 | "PREMISES"), was sold by way of a non-judicial foreclosure sale

9 | wherein which title of the PREMISES became vested with LOUDEN.

10 | 6. Title to the PREMISES was duly acquired by reason of a

11 | trustee's non-judicial foreclosure sale in accordance with the terms

12 | of the deed of trust executed by Defendant, MARQUEZ, herein, or a

13 | person under whom Defendant claimed possession of the PREMISES. Said

14 | trustee's sale was duly conducted in accordance with the law after

15 | notice properly given, and more than three months thereafter, and

16 | having given such notice of the terms and place of said sale in

17 | accordance with the provisions of Section 2924 of the California Civil

18 | Code, said trustee did sell the PREMISES and executed and delivered to

19 | LOUDEN a deed thereto which contains the recital of compliance with

20 | law as set forth in Civil Code Section 2924. By reason thereof, title

21 | to the PREMISES has been duly perfected by LOUDEN.

22 | 7. On or about 4-26-12, Plaintiff caused to be served upon the

23 | defendant a Three Day Notice to Quit and deliver possession of the

24 | PREMISES (hereinafter "NOTICE") stating that Plaintiff had purchased

25 | the PREMISES and that his title had been duly perfected and demanding

26 | the Defendant, MARQUEZ, quit the premises within three days after

27 | service of the NOTICE. Said NOTICE was served by posting a copy in a

28 | conspicuous place of the PREMISES therein described, there being no

Complaint

2

1   person of suitable age or discretion to be found at the PREMISES, and
2   by depositing said copies in the United States Mail, in an envelope
3   with postage fully prepaid, addressed to the Defendant, MARQUEZ, at
4   the place where the PREMISES is located.  A true and correct copy of
5   the NOTICE is attached hereto as Exhibit 2 and incorporated herein by
6   reference.

7        8.  More than three days have elapsed since the service of said
8   NOTICE upon the Defendant, MARQUEZ and Defendant has failed and
9   refused to deliver up possession and continues in possession of the
10  PREMISES without Plaintiff's permission or consent.

11       9.  The reasonable rental value of the PREMISES is $65.63 per
12  day, and the damages to Plaintiff proximately caused by Defendant, AL-
13  MARQUEZ'S unlawful detention have accrued at that rate so long as
14  Defendant remains in possession of the PREMISES.

15       10.  Plaintiff will remit all sums in excess of the jurisdiction
16  of this Court.

17       WHEREFORE, Plaintiff, prays judgment as follows:

18       1.  For restitution and possession of the PREMISES;

19       2.  For $65.63 per day from 5-1-12 until entry of judgment;

20       3.  For Costs of suit incurred herein; and

21       4.  For such other and further relief as the Court may deem

22  proper.

23

24  Dated: 7-12-12

25                    STEVEN D. SILVERSTEIN
                      Attorney for Plaintiff
26

27

28

Complaint                              3



### W A Y P✦I N T

#### H O M E S

## THREE DAY NOTICE TO QUIT PREMISES
[Code of Civil Procedure Section 1161a (b)(3)]

TO:    THE FORMER OWNER OR TRUSTOR; and ALL OTHER PERSONS WHO ARE IN
POSSESSION OF AND OCCUPY THE REAL PROPERTY LOCATED AT:
Victor  Marquez
11309 Driftwood Dr  Fontana CA 92337

## WHO ARE NOT RESIDENTIAL TENANTS OR SUBTENANTS OCCUPYING THE PROPERTY PURSUANT TO A RENTAL AGREEMENT OR LEASE

NOTICE IS HEREBY GIVEN that your right to occupy the real property at the above address has been terminated as a result of the purchase of said property by Louden, LLC ("Owner") by Trustee's Deed pursuant to a power of sale contained in a Trust Deed, which appeared of record against said property. Owner, or its principal, has duly perfected title to said property.

NOTICE IS FURTHER GIVEN that if you are a former trustor or owner of the above property, or if you are occupying or in possession of the property without a written or oral rental agreement or lease, at the expiration of THREE (3) DAYS, after service of this notice upon you, you are required to quit and surrender possession of the premises described above by delivering the keys to the premises to Owner's agent, Waypoint Homes, Inc., c/o Joseph Maehler during normal business hours at the following address: 620 Newport Center Drive, Suite 800, Newport Beach, CA 92660, (949) 629-9771. In the event that you do not surrender possession of the property to Owner within the three day period, legal proceedings will be commenced against you to recover possession of said property, court costs, any available damages and the reasonable value of the property for each day of your continued occupancy following the expiration of the Notice period.

NOTICE IS FURTHER GIVEN that if you are a bona fide tenant or subtenant in possession of the above property within the meaning of the Protecting Tenants at Foreclosure Act of 2009, then this Three Day Notice does not apply to you. If you are a bona fide tenant or subtenant of the property and if you are not the child, spouse, or parent of the former owner, then you will be subject to the NINETY DAY NOTICE served concurrently with this notice. If you are a bona fide tenant of the property, and you are not the child, spouse, or parent of the former owner, please notify Owner immediately and send proof of your tenancy to the above address and phone number.

NOTICE IS FURTHER GIVEN that if you do not qualify as a "bona fide" tenant because you are the child, spouse, or parent of the former owner, but are still a tenant or subtenant in possession of the above property within the meaning of California Code of Civil Procedure Section 1161a(c) or 1161b, then this Three Day Notice does not apply to you. If you are a tenant or subtenant of the property and if you

620 Newport Center Drive, 8th Floor
Newport Beach, CA 92660
direct: 949.629.9770
fax: 510.373.6333



W A Y P I N T

H O M E S

are sharing occupancy of the property with the former owner, then you will be subject to the THIRTY DAY NOTICE served concurrently with this notice. If you are a tenant or subtenant of the property, and if you are not sharing occupancy of the property with the former owner, then you will be subject to the SIXTY DAY NOTICE served concurrently with this notice.

NOTICE IS FURTHER GIVEN that following the expiration of THREE (3) DAYS after service of this notice, Owner will commence eviction proceedings against the occupants of the property and will serve, with the summons and eviction complaint, a form entitled Prejudgment Claim of Right to Possession. If you are a tenant or subtenant subject to either the THIRTY DAY NOTICE, SIXTY DAY NOTICE, or the NINETY DAY NOTICE that were served concurrently with this notice, then in order to preserve the additional notice period, you will be required to complete the form and submit it to the Superior Court in which the proceedings were commenced.

If you do not complete the Prejudgment Claim of Right to Possession form and submit the form to the appropriate Superior Court within ten days after its service upon you, then neither the Court nor the property's new owner will know that you may be entitled to the additional notice period under either the THIRTY DAY NOTICE, SIXTY DAY NOTICE, or the NINETY DAY NOTICE that were served concurrently with this notice, and your occupancy will instead by governed by this THREE DAY NOTICE.

PENAL CODE SECTION 594 STATES: EVERY PERSON WHO MALICIOUSLY DEFACES WITH PAINT OR ANY OTHER LIQUID, DAMAGES, OR DESTROYS ANY REAL OR PERSONAL PROPERTY NOT HIS OR HER OWN WILL BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH.

Dated: 4/26/12

WAYPOINT HOMES, Inc.

By: _____
Joseph Maehler, Regional Director

620 Newport Center Drive, 8th Floor
Newport Beach, CA 92660
direct: 949.629.9770
fax: 510.373.6333

EX. 2

## DECLARATION OF SERVICE OF NOTICE

Name of Renter(s): _Victor Marquez_

Name of person served
(if other than renter): _____

Place of service: _11309 Driftwood Dr Fontana CA 92337_

Date and Time of service: _4/26/12    4:15 pm_

I declare that:

on the renter(s)

I served a copy of the _3 Day Notice to Quit Premises_
named above.

_____ Delivering it personally to one or more of the renter(s) named above.

(IF UNABLE TO SERVE THE RENTER(S) PERSONALLY AFTER MAKING A DILIGENT EFFORT TO DO SO, INCLUDING AT LEAST THREE (3) ATTEMPTS AT DIFFERENT TIMES OR ON DIFFERENT DAYS AT THE PREMISES OR, IF KNOWN, AT THE RENTER(S) PLACE OF BUSINESS.)

_____ Leaving a copy with the person named above, who is of suitable age and discretion, at the renter(s) premises/business and by sending a copy in a sealed envelope, by first class mail, postage prepaid, addressed to the renter(s) at the premises.

__X__ Affixing a copy to the front door of the premises and by sending a copy in a sealed envelope by first class mail, postage prepaid, addressed to the renter(s) at the premises, in as much as the renter(s) actual place of residence or business cannot be ascertained and/or a person of suitable age and discretion cannot be found at the renter(s) premises or business.

__X__ I am personally aware of these facts and I am competent to testify thereto as a witness. I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on the following date and the following place:

DATE: _5/8/12_

PLACE: _Fontana_____, California

_____
DECLARANT

WHEN RECORDED MAIL TO:

LOUDEN, LLC.
5440 TRABUCCO RD. SUITE H200
IRVINE CA 92620

TRA # 010091
Trust No. 1288413-10

Recorded in Official Records, County of San Bernardino



**DENNIS DRAEGER**
ASSESSOR — RECORDER — CLERK

P Counter

5/11/2012
12:38 PM
MP

Doc#: 2012—0183849

| | Titles: 1 | Pages: 2 |
|---|---|---|
| Fees | | 10.00 |
| Taxes | | 165.00 |
| Other | | 12.25 |
| PAID | | $185.25 |

---

MAIL TAX STATEMENT TO:

Same as above

Space Above This Line For Recorder

Documentary Transfer Tax $165.00
X Grantee was not the foreclosing beneficiary.
consideration $150,000.00
unpaid debt $185,945.94
non exempt amount $
__Computed on the consideration or value of
property conveyed.
__Computed on the consideration of value less
liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent Selwa Ishoo
AP# 0236-512-22-0-000

---

## TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
LOUDEN, LLC., A NEVADA LIMITED LIABILITY COMPANY (herein called Grantee) the real property
in the county of SAN BERNARDINO, State of California described as follows:

LOT 82 OF TRACT NO 12354, IN THE CITY OF FONTANA, COUNTY OF SAN BERNARDINO,
STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 190 OF MAPS, PAGE(S)53 TO 67
INCLUSIVE RECORDS OF SAID COUNTY, EXCEPT THEREFROM ALL OIL, GAS, MINERALS
AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, WITHOUT
THE RIGHT OF SURFACE ENTRY, AS RESERVED IN INSTRUMENTS OF RECORD.
The street address and other common designation, if any, of the real property described above is purported to be:
11309 DRIFTWOOD DR
FONTANA CA 92337

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor
Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
MIGUEL ANGEL IBARRA A SINGLE MAN as Trustor, recorded November 18, 2003, as Document No.
2003-0863620, in Book XX, page XX, of Official Records in the Office of the Recorder of SAN
BERNARDINO County, California; and pursuant to the Notice of Default recorded July 06, 2010, as
Document No. 2010-0269135 in Book XX, page XX of Official Records of said County, Trustee having
complied with all applicable statutory requirements of the State of California and performed all duties required
by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the
publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the
posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC

Page 1 of 2

ex 2

MAIL TAX STATEMENTS AS DIRECTED ABOVE

TRA #  010091
Trust No.  1288413-10

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on April 26, 2012 to said Grantee, being the highest bidder therefore, for $150,000.00 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated:  April 26, 2012

Susan Smothers, A.V.P.

State of California )
County of San Diego)

On MAY 0 4 2012 ____ before me, _____ Susan L. Meyers _____, who proved a Notary Public, personally appeared _____ Susan Smothers, A.V.P _____ is/are subscribed to the within to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

(Seal)

SUSAN L. MEYERS
Commission No. 1856295
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires July 27, 2013

TDUSCA.DOC

EX. 2

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | | |

ATTORNEY FOR (Name):

NAME OF COURT:
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:

DEFENDANT:

| | CASE NUMBER: |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | |
| | (To be completed by the process server) |
| Complete this form only if ALL of these statements are true: | DATE OF SERVICE: |
| 1. You are NOT named in the accompanying Summons and Complaint. | |
| 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. | (Date that this form is served or delivered, and posted, and mailed by the officer or process server) |
| 3. You still occupy the premises. | |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [ ], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ [ ] or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION   Legal   Code of Civil Procedure, §§ 415.46

TRA # 010091
Trust No. 1288413-10

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on April 26, 2012 to said Grantee, being the highest bidder therefore, for $150,000.00 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL WESTERN RECONVEYANCE CORPORATION

Dated: April 26, 2012

Susan Smothers, A.V.P.

State of California )
County of San Diego)

On MAY 0 4 2012 before me, Susan L. Meyers, who proved a Notary Public, personally appeared Susan Smothers, A.V.P. whose name(s) is/are subscribed to the within to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(Seal)

WITNESS my hand and official seal

Signature

SUSAN L. MEYERS
Commission No. 1859295
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires July 27, 2013

Page 2 of 2

TDUSCA.DOC

EXHIBIT "5"

VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE
I have read the foregoing UNLAWFUL DETAINER SUMMONS AND COMPLAINT _____ and know its contents.

## CHECK APPLICABLE PARAGRAPHS

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner _____ a _____ of _____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am one of the attorneys for PLAINTIFF _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.
Executed on ____ 2012 ____, at TUSTIN _____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

STEVEN D. SILVERSTEIN
_____
Type or Print Name

Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____, State of California.
I am employed in the county of _____
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____
_____ in this action
_____ on _____

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] BY MAIL _____, California.
[ ] *I deposited such envelope in the mail at _____
The envelope was mailed with postage thereon fully prepaid.
[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.
Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____, at _____, California.
[ ] **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on _____, at _____, California.
[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Type or Print Name

Signature

*BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus          Rev. 7/99

# PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO

I am resident of the County of SAN BERNARDINO. I am over the age of 18 years old and not a party to the within action, my business address is 1498 N. San Antonio Ave., Upland, CA. 91786.

On July 25, 2012, I served the within on the interested parties in said action, as follows:

**DEFENDANT HECTOR IBARRA'S FIRST AMENDED DEMURRER TO PLAINTIFF LOUDEN, LLC'S FIRST AMENDED COMPLAINT FOR UNLAWFUL DETAINER**

Steven D. Silverstein
Attorney At Law
14351 Redhill Ave., Ste. G
Tustin, CA. 92780

[X] BY MAIL – I am readily familiar with the collection of the mail. It is deposited with the United States Postal Service on July 25, 2012 with postage thereon fully prepaid at Upland, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing on my own knowledge.

Executed on July 25, 2012, at Upland, California.

L. Ghardarian

L. Ghardarian

---

DEFENDANT HECTOR IBARRA'S FIRST AMENDED DEMURRER TO PLAINTIFF LOUDEN, LLC'S FIRST AMENDED COMPLAINT FOR UNLAWFUL DETAINER [CCP SEC. 1161a]

Page 11

# EXHIBIT "C"

## Residential Lease Agreement

Lease Agreement, made between _MIGUEL IBARRA_ (Landlord) and _HECTOR A IBARRA CONSUELO IBARRA_
(Tenant).

For good consideration it is agreed between the parties as follows:

Landlord hereby leases and rents to Tenant the premises described as follows:

1. This Lease shall be in effect for a term of _4_ years, commencing on _JAN 1st_, 20_10_ and terminating on 20_14_.
2. Tenant shall pay Landlord the annual rent of $_11,400_ during said term, in monthly payments of $ _950_, each, payable monthly in advance.
3. Tenant shall at its own expense provide the following utilities:

4. Tenant further agrees that:
   o Upon the expiration of the lease it will return possession of the leased premises in its present condition, reasonable wear and tear, and fire casualty excepted. Tenant shall commit no waste to the leased premises.
   o It shall not assign or sub-let or allow any other person to occupy the leased premises without Landlord's prior written consent.
   o It shall not make any material or structural alterations to the leased premises without Landlord's prior written consent.
   o It shall comply with all building, zoning and health codes and other applicable laws for said leased premises.
   o It shall not conduct a business deemed extra hazardous, a nuisance or requiring an increase in fire insurance premiums. Tenant warrants the leased premises shall be used only for the following type business: _____
   o In the event of any breach of the payment of rent or any other allowed charge, or other breach of this Lease, Landlord shall have full rights to terminate this Lease in accordance with state law and re-enter and claim possession of the leased premises, in addition to such other remedies available to Landlord arising from said breach.
5. This Lease shall be binding upon and inure to the benefit of the parties, their successors, assigns and personal representatives.

Additional Lease terms:

Signed and sealed this _1st_ day of _JAN_, 20_10_

_____
Landlord

_____
Tenant

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO**

I am resident of the County of SAN BERNARDINO.  I am over the age of 18 years old and not a party to the within action, my business address is 9238 19th Street, Alta Loma, CA. 91701.

On August 22, 2012, I served the within on the interested parties in said action, as follows:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT – UDFS1201076**

MILES, BAUER, BERGSTROM & WINTERS, LLP
Hanh T. Nguyen, Esq.,
1231 E. Dyer Road, Suite 100
Santa Ana, CA. 92705

[ ] VIA FACSIMILE –

[X] BY MAIL – I am readily familiar with the collection of the mail.  It is deposited with the United States Postal Service on August 22, 2012 with postage thereon fully prepaid at Alta Loma, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing on my own knowledge.

Executed on August 22, 2012, at Alta Loma, California.

*L. Ghardarian*
L. Ghardarian

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>*LOUDON, LLC* | **DEFENDANTS** *VICTOR MARQUEZ CONSUELO IBARRA, Hector A IBARRA 1-to 5* |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐🗹 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐🗹 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  🗹 No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | | ☐🗹 230 Rent Lease & Ejectment | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV12-1410**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO COUNTY. | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO COUNTY | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO COUNTY | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  8-22-12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 2 of 2